## MENZIES v. MENZIES.

### No. 4071.

Court of Civil Appeals of Texas. El Paso.

April 10, 1941.

Clifton Tupper, of San Angelo, for appellant.

Morriss & Morriss, of San Antonio, for appellee.

PRICE, Chief Justice.

This is an appeal from the District Court of Reagan County.

Appellant has failed to file a brief herein. The time within which brief should have been filed has long passed.

It is ordered that the appeal be dismissed for failure to file brief.

SUTTON, J., not sitting.